### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

**In re: White II v. Moore**
**7:25-cv-02454 (PHM)**

**THIS DOCUMENT RELATES TO:**

*Request for Adjourment*

**Via Ecf**

Hon. Halpern
300 Quarropas Street
White Plains, NY 10601

Dear Judge:

| Application granted. The pre-motion conference is adjourned to January 22, 2026 at 2:30 p.m., in-person in the White Plains Courthouse in Courtroom 520. |
| --- |
| The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 27. |
| SO ORDERED. |
| Philip M. Halpern<br>United States District Judge |
| Dated:  White Plains, New York<br>January 13, 2026 |

My office represents the Plaintiff in the above-refer[...] Court's Order of January 09 , 2026, which scheduled a conference for January 22, 2026, at 12:30 pm.

I have a prior court engagement in Town of Mamakating Court at 11:00 am on that same day. As the town of Mamakating is located approximately two hours from this Court, I anticipate I will be unable to arrive before  2:30 pm.

Accordingly, I respectfully request that the Court to adjourn the conference from to 2:30 pm, or later.

 In the alternative, a virtual conference is welcome as well.

Opposing counsel has been consulted and consents to this request.

I thank this Court for its time and consideration.

Dated:  January 12, 2026

Respectfully submitted,

/s/ryannekonan

RYANNE G. KONAN, ESQ.
4 MARSHALL ROAD
SUITE 107
WAPPINGERS FALLS, NY 12590

cc: Gabriel Cahn, Esq